UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DILLA DUVAL,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>RELIASTAR LIFE INSURANCE COMPANY; and DOES 1 through 10, inclusive,<br><br>　　　　Defendant. | Civil Action No. CV 08-00348 PSG (JTLx)<br><br>HON. PHILIP S. GUTIERREZ<br><br>ORDER FOR DISMISSAL |

On joint motion of the parties and good cause appearing, it is hereby ordered that the above captioned matter is dismissed with prejudice in its entirety.

IT IS SO ORDERED.


DATED: _____, 2008

_____
HON. PHILIP S. GUTIERREZ
United States District Judge

41203336.1

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES